Dismissed and Memorandum Opinion filed May 20, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00958-CV

____________

 

GWENDOLYN WENGLAR, Appellant

 

V.

 

LAURENT G. BENKOWSKI, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 2

Harris County,
Texas

Trial Court Cause
No. 916,797

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 11, 2009.  On May 4, 2010, appellant filed
a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.